**Order entered October 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00844-CV

**JAMES BELL MCCOY, Appellant**

**V.**

**CRAIG WATKINS, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13955-B**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Brown

In response to this Court's letter questioning its jurisdiction over the appeal because appellant's claims against Bill Hill, an unserved defendant, appeared to remain pending, appellant filed a jurisdictional brief. The Court has reviewed appellant's jurisdictional brief and his amended notice of appeal. Appellant has indicated that he does not expect that Bill Hill will ever be served. Accordingly, the case stands as if there has been a discontinuance as to Bill Hill, and the judgment is regarded as final for purposes of appeal. *See Youngstown Sheet & Tube Co. v. Penn*, 363 S.W.2d 230, 232 (Tex. 1962).

Appellant's brief is due thirty days from the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE